UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:23-cv-00200

**Dominick Lemont Stern,**
*Petitioner,*

v.

**Director, TDCJ-CID,**
*Respondent.*

# ORDER

Petitioner Dominick Stern, proceeding pro se, filed this habeas corpus petition pursuant to 28 U.S.C. § 2254. Doc. 1. The case was referred to a magistrate judge, who issued a report and recommendation that the court deny this habeas petition and dismiss the case with prejudice. Doc. 6. The magistrate judge further recommended that the court deny petitioner a certificate of appealability sua sponte. *Id.* at 5–6.

A copy of that report was sent to petitioner on April 7, 2025. To date, petitioner has not objected or otherwise responded to the report, and the deadline for doing so has passed. When there have been no timely objections to a magistrate judge's report and recommendation, the court reviews it only for clear error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996).

Having reviewed the magistrate judge's report, and being satisfied that it contains no clear error, the court accepts its findings and recommendation. Petitioner's habeas petition is denied, the case is dismissed with prejudice, and a certificate of appealability is denied sua sponte. Any pending motions are denied as moot.


*So ordered by the court on June 25, 2025.*

_____
J. CAMPBELL BARKER
United States District Judge